IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION


| | | |
|---|---|---|
| DAVID FIELD ABBOTT, | ) | CIVIL ACTION No.: 4:10-CV-2253-TER |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, | ) | ORDER |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the court upon Counsel for Plaintiff's motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. §406(b). The motion seeks reimbursement for counsel's representation in the above captioned matter in the amount of $9,751.55, which amounts to twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. (Doc. #36).

On September 4, 2012, Defendant filed a response to the motion stating that he does not oppose plaintiff's motion for attorney's fees and agrees that an award of attorney fees in the amount of $9,751.55 is reasonable in light of the Fee Arrangement and the services rendered by Plaintiff's counsel in this matter. Defendant asserts that he "suggests to the Court that it find the motion in order and authorize attorney fees under 28 U.S.C. §406(b), so long as Plaintiff's counsel returns any EAJA fees awarded. (Doc. # 37).

The Court has reviewed Counsel's fee petition and memorandum that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly, **IT IS ORDERED** that

Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. §406(b), is granted in the amount of $9,751.55. Counsel shall remit any EAJA fees awarded to Plaintiff in light of this Order granting attorney's fees under 406(b).

**IT IS SO ORDERED**.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
September 27, 2012                                United States Magistrate Judge
Florence, South Carolina